UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elwyn MacKinnon,<br>                    Plaintiffs,<br><br>                    -V-<br><br>Galvex Holdings LTD et al.,<br>                    Defendants. | **CERTIFICATE OF MAILING**<br><br>08 CV 2065 (JGK)(HBP) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**24th day of March, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**29th day of February, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8611 3031 0351**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# M&P
## MIRABELLA & POWERS, LLC
### ATTORNEYS AT LAW

David P. Mirabella
Erik C. Powers

Legal Assistants
Karen Katigbak
Jessica Salazar

400 Garden City Plaza, Suite 405
Garden City, New York 11530
Email: mirabellapowers@yahoo.com
Internet: mirabellaandpowers.com
Office: (516) 280-7700
Fax: (516) 280-7701

March 20, 2008

United States District Court
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, NY 10007-1312

---

**FedEx International Air Waybill** — Sender's Copy

**1 From**
Date: 3/20/08
Sender's FedEx Account Number: 371763589
Sender's Name: David P. Mirabella
Phone: (516) 280-7700
Company: Mirabella & Powers, LLC
Address: 400 Garden City Plaza, Suite 405
City: Garden City
State/Province: NY
ZIP: 11530
Country: USA

**2 To**
Company: ArcelorMittal
Address: 19 Avenue de la Liberte
City: Luxembourg
Postal Code: L-2390

**3 Shipment Information**
Total Packages: 1
Total Weight: .25 lbs
Commodity Description: Legal Documents
Country of Manufacture: USA
Value for Customs: $0

**4 Express Package Service:** FedEx Intl. Priority

**5 Packaging:** FedEx Envelope

**7a Payment:** Sender

FedEx Tracking Number: 8611 3031 0351

521
0402