UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

Elwyn MacKinnon,
                Plaintiffs,

            -V-

Galvex Holdings LTD et al.,
                Defendants.

**CERTIFICATE OF MAILING**

08 CV 2065 (JGK)(HBP)

*[FILED stamp: U.S. DISTRICT COURT, MAR 24 2008, S.D. OF N.Y.]*

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**24th day of March, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**29th day of February, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8611 3031 0340**

*/s/ J. Michael McMahon*
CLERK

Dated: New York, NY

# MIRABELLA & POWERS, LLC
### ATTORNEYS AT LAW

David P. Mirabella
Erik C. Powers

Legal Assistants
Karen Katigbak
Jessica Salazar

400 Garden City Plaza, Suite 405
Garden City, New York 11530
Email: mirabellapowers@yahoo.com
Internet: mirabellaandpowers.com
Office: (516) 280-7700
Fax: (516) 280-7701

March 20, 2008

United States District Court
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, NY 10007-1312

---

**FedEx International Air Waybill — Sender's Copy**

**From:**
Date: 3/20/08
Sender's FedEx Account Number: 371763589
Sender's Name: David P. Mirabella
Phone: (516) 280-7700
Company: Mirabella & Powers, LLC
Address: 400 Garden City Plaza, Suite 405
City: Garden City
State/Province: NY
Country: USA
ZIP/Postal Code: 11530

**To:**
Company: SPCP Group, LLP
Address: 20 St. James Street, 4th Floor
City: London
State/Province: United Kingdom
ZIP/Postal Code: SW1A 1ES

**Express Package Service:** FedEx Intl. Priority
**Packaging:** FedEx Envelope
**Payment:** Sender

**Shipment Information:**
Total Packages: 1
Commodity Description: Legal Document
Country of Manufacture: USA
Value for Customs: $0

FedEx Tracking Number: 8611 3031 0340
Form ID No.: 0402