UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT FILED MAR 24 2008 S.D. OF N.Y.

| | |
|---|---|
| Elwyn MacKinnon,<br>　　　　　　　　Plaintiffs,<br><br>　　　　-V-<br><br>Galvex Holdings LTD et al.,<br>　　　　　　　　Defendants. | **CERTIFICATE OF MAILING**<br><br>08 CV 2065 (JGK)(HBP) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 24th day of March, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

### 29th day of February, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

### 8611 3031 0329

*J. Michael McMahon*
CLERK

Dated: New York, NY

David P. Mirabella
Erik C. Powers

Legal Assistants
Karen Katigbak
Jessica Salazar

## MIRABELLA & POWERS, LLC
### ATTORNEYS AT LAW

400 Garden City Plaza, Suite 405
Garden City, New York 11530
Email: mirabellapowers@yahoo.com
Internet: mirabellaandpowers.com
Office: (516) 280-7700
Fax: (516) 280-7701

March 20, 2008

United States District Court
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, NY 10007-1312

---

**FedEx International Air Waybill** — Sender's Copy

**1. From:**
- Date: 3/20/08
- Sender's FedEx Account Number: 371763589
- Sender's Name: David P. Mirabella
- Phone: (516) 280-7700
- Company: Mirabella & Powers, LLC
- Address: 400 Garden City Plaza, Suite 405
- City: Garden City
- State/Province: NY
- ZIP/Postal Code: 11530
- Country: USA

**2. To:**
- Recipient's Name: Canary Wharf
- Company: Alvarez & Marsal Europe, LTD
- Address: 10th Floor, One Canada Square
- City: London
- State/Province: United Kingdom
- ZIP/Postal Code: E14 5AA

**3. Shipment Information:**
- Total Packages: 1
- Total Weight: 25 lb
- Commodity Description: Legal Documents
- Country of Manufacture: USA
- Value for Customs: $0

**4. Express Package Service:** FedEx Intl. Priority

**5. Packaging:** FedEx Envelope

**7a. Payment — Bill transportation charges to:** Sender Acct. No.

**7b. Payment — Bill duties and taxes to:** Sender Acct. No.

FedEx Tracking Number: 8611 3031 0329