UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elwyn MacKinnon, <br>        Plaintiffs, <br><br>       -V- <br><br> Galvex Holdings LTD et al., <br>        Defendants. | **CERTIFICATE OF MAILING** <br><br><br> 08 CV 2065 (JGK)(HBP) |

U.S. FILED MAR 24 2008 S.D. OF N.Y.

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 24th day of March, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

### 29th day of February, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8611 3031 0318**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# M&P
## MIRABELLA & POWERS, LLC
### ATTORNEYS AT LAW

David P. Mirabella
Erik C. Powers

Legal Assistants
Karen Katigbak
Jessica Salazar

400 Garden City Plaza, Suite 405
Garden City, New York 11530
Email: mirabellapowers@yahoo.com
Internet: mirabellaandpowers.com
Office: (516) 280-7700
Fax: (516) 280-7701

March 20, 2008

United States District Court
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, NY 10007-1312

---

**FedEx Express — International Air Waybill — Sender's Copy**

1. **From**
   - Date: 3/20/08
   - Sender's FedEx Account Number: 371763589
   - Sender's Name: David P. Mirabella
   - Phone: (516) 280-7700
   - Company: Mirabella & Powers, LLC
   - Address: 400 Garden City Plaza, Suite 405
   - City: Garden City
   - State/Province: NY
   - ZIP/Postal Code: 11530
   - Country: USA

2. **To**
   - Recipient's Name: Canary Wharf
   - Company: Alvarez & Marsal Europe LLP
   - Address: 10th Floor, One Canada Square
   - City: London
   - State/Province: United Kingdom
   - ZIP/Postal Code: E14 5AA

3. **Shipment Information**
   - Total Packages: 1
   - Total Weight: .25 lbs
   - DIM: GREEN V
   - Commodity Description: Legal Documents
   - Country of Manufacture: USA
   - Value for Customs: $10

4. **Express Package Service:** FedEx Intl. Priority

5. **Packaging:** FedEx Envelope

7a. **Payment Bill transportation charges to:** Sender

7b. **Payment Bill duties and taxes to:** Sender

FedEx Tracking Number: 8611 3031 0318

Form ID No.: 0402

521