UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
                                              FILED
                                           MAR 24 2008
                                           S.D. OF N.Y.
```

| | |
|---|---|
| Elwyn MacKinnon,<br>　　　　　　　　Plaintiffs, | **CERTIFICATE OF MAILING** |
| -V- | |
| Galvex Holdings LTD et al.,<br>　　　　　　　　Defendants. | 08 CV 2065 (JGK)(HBP) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**24th day of March, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**29th day of February, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8611 3031 0307**

*J. Michael McMahon*<br>CLERK

Dated: New York, NY

# MIRABELLA & POWERS, LLC
## ATTORNEYS AT LAW

David P. Mirabella
Erik C. Powers

Legal Assistants
Karen Katigbak
Jessica Salazar

400 Garden City Plaza, Suite 405
Garden City, New York 11530
Email: mirabellapowers@yahoo.com
Internet: mirabellaandpowers.com
Office: (516) 280-7700
Fax: (516) 280-7701

March 20, 2008

United States District Court
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, NY 10007-1312

---

**FedEx Express International Air Waybill — Sender's Copy**

**1 From**
- Date: 3/20/08
- Sender's FedEx Account Number: 3717 63589
- Sender's Name: David P. Mirabella
- Phone: (516) 280-7700
- Company: Mirabella & Powers, LLC
- Address: 400 Garden City Plaza, Suite 405
- City: Garden City
- State/Province: NY
- ZIP/Postal Code: 11530
- Country: USA

**2 To**
- Recipient's Name: Viimsi Parish
- Company: Galvex Estonia OU
- Address: Koorma 5a
- City: Harju
- State/Province: Estonia
- ZIP/Postal Code: 74115

**3 Shipment Information**
- Total Packages: 1
- Total Weight: 25 lbs
- LTR ENV

Commodity Description: Legal Documents
Country of Manufacture: USA
Value for Customs: $0

**4 Express Package Service:** ☒ FedEx Intl. Priority

**5 Packaging:** ☒ FedEx Envelope

**7a Payment Bill transportation charges to:** ☒ Sender

**7b Payment Bill duties and taxes to:** ☒ Sender

**9 Required Signature** — Sender's Signature: [signed]

FedEx Tracking Number: 8611 3031 0307

521
0402