UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. FILED COURT

MAR 24 2008

S.D. OF N.Y.

Elwyn MacKinnon,

Plaintiffs,

-V-

Galvex Holdings LTD et al.,

Defendants.

**CERTIFICATE OF MAILING**

08 CV 2065 (JGK)(HBP)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**24th day of March, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**29th day of February, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8611 3031 0281**

Dated: New York, NY

J. Michael McMahon
CLERK

# M&P

## MIRABELLA & POWERS, LLC

### ATTORNEYS AT LAW

David P. Mirabella
Erik C. Powers

Legal Assistants
Karen Katigbak
Jessica Salazar

400 Garden City Plaza, Suite 405
Garden City, New York 11530
Email: mirabellapowers@yahoo.com
Internet: mirabellaandpowers.com
Office: (516) 280-7700
Fax: (516) 280-7701

March 20, 2008

United States District Court
Southern District of New York
Office of the Clerk
500 Pearl Street

---

**FedEx Express** · *International Air Waybill*
For FedEx services worldwide.

**Sender's Copy**

**1 From** Please print and press hard.

Date 3/20/08    Sender's FedEx Account Number 371763589

Sender's Name David P. Mirabella    Phone (516) 280-7700

Company Mirabella & Powers, LLC

Address 400 Garden City Plaza, Suite 405

City Garden City    State/Province NY

Country USA    ZIP/Postal Code 11530

**2 To**

Recipient's Name Chancery Hall    Phone

Company Galvex Trade LTD

Address 52 Reid Street

City Hamilton    State/Province Bermuda

Country    ZIP/Postal Code HM12

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**    For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1    Total Weight .25 lbs/kg    DIM    4 KENY    in./cm

| Commodity Description DETAIL REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| Legal Documents | | USA | $0 |

COMPLETE IN ENGLISH

Has EEI/SED been filed in AES? For U.S. Export Only: Check One
☐ No EEI/SED required, enter exemption number:
☐ Yes – Enter AES proof of filing citation:
No EEI/SED required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
If other than NLR, enter License Exception:

Total Declared Value for Carriage

Total Value for Customs (Specify Currency)

**4 Express Package Service**    Packages up to 150 lbs./68 kg
For packages over 150 lbs./68 kg, use the FedEx Expanded Service Intl. Air Waybill.

☒ FedEx Intl. Priority    ☐ FedEx Intl. First Available to select locations. Higher rates apply.

☐ FedEx Intl. Economy FedEx Envelope and FedEx Pak rate not available.

**5 Packaging**    *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.

☒ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube

☐ Other    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6 Special Handling**

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery Available to select locations for FedEx Intl. Priority only.

**7a Payment** Bill transportation charges to:

☒ Sender Acct. No. in Section 1 will be billed    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check/Cheque

FedEx Acct. No.    FedEx Use Only

Credit Card No.

Credit Card Exp. Date

**7b Payment** Bill duties and taxes to:    All shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

☒ Sender Acct. No. in Section 1 will be billed    ☐ Recipient    ☐ Third Party

FedEx Acct. No.

**8 Your Internal Billing Reference**    First 24 characters will appear on invoice.

OPTIONAL

**9 Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Sender's Signature:
This is not authorization to hold this shipment without a recipient signature.

For Completion Instructions, see back of fifth page.

FedEx Tracking Number 8611 3031 0281    Form No. 0402

**Ship and track packages at fedex.com**

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill · ©1994–2008 FedEx

**Questions? Go to our Web site at fedex.com.**
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

521

PART 158416•Rev. Date 4/08
©1994–2008 FedEx
PRINTED IN U.S.A.

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.