

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elwyn MacKinnon,<br>                Plaintiffs,<br><br>-V-<br><br>Galvex Holdings LTD et al.,<br>                Defendants. | **CERTIFICATE OF MAILING**<br><br>08 CV 2065 (JGK)(HBP) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**24th day of March, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**29th day of February, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8611 3031 0373**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# M&P
## MIRABELLA & POWERS, LLC
### ATTORNEYS AT LAW

David P. Mirabella
Erik C. Powers

Legal Assistants
Karen Katigbak
Jessica Salazar

400 Garden City Plaza, Suite 405
Garden City, New York 11530
Email: mirabellapowers@yahoo.com
Internet: mirabellaandpowers.com
Office: (516) 280-7700
Fax: (516) 280-7701

March 20, 2008

United States District Court
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, NY 10007-1312

---

**FedEx Express — International Air Waybill — Sender's Copy**

**1. From:**
- Date: 3/20/08
- Sender's FedEx Account Number: 371763589
- Sender's Name: David P. Mirabella
- Phone: (516) 280-7700
- Company: Mirabella & Powers, LLC
- Address: 400 Garden City Plaza, Suite 405
- City: Garden City
- State/Province: N.Y.
- ZIP/Postal Code: 11530
- Country: USA

**2. To:**
- Recipient's Name: Chancery Hall
- Company: Galvex Holdings, LTD
- Address: 52 Reid Street
- City: Hamilton
- State/Province: Bermuda
- ZIP/Postal Code: HM 12

**3. Shipment Information:**
- Total Packages: 1
- Total Weight: .25 lbs
- LTR, ENV

**4. Express Package Service:** FedEx Intl. Priority

**5. Packaging:** FedEx Envelope

**7a. Payment — Bill transportation charges to:** Sender

**7b. Payment — Bill duties and taxes to:** Sender

**Commodity Description:** Legal Documents
**Country of Manufacture:** USA
**Value for Customs:** $0

**FedEx Tracking Number:** 8611 3031 0373
**Form ID No.:** 0402
521