Case 1:08-cv-02065-JGK    Document 13    Filed 04/18/2008    Page 1 of 2

Robert S.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

ELWYN MACKINNON,

                Plaintiff,

    - against -

GALVEX HOLDINGS LTD., GALVEX TRADE LTD,
GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ,
GALVEX INTERTRADE OÜ, GALVEX CAPITAL
L.L.C., ALVAREZ & MARSAL EUROPE LLP,
ALVAREZ & MARSAL EUROPE LTD., SILVER
POINT CAPITAL, L.P., SILVER POINT EUROPE
LLP, SPCP GROUP, LLP, and ARCELORMITTAL,

                Defendants.

----------------------------------------------------------x

No. 08 Civ. 2065 (SGK)

ECF Case

**STIPULATION EXTENDING
TIME TO ANSWER OR MOVE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time of defendants Galvex Trade Ltd, Galvex Services OÜ, Galvex Estonia OÜ, Galvex Intertrade OÜ, Alvarez & Marsal Europe LLP, Alvarez & Marsal Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP, SPCP Group LLC and Arcelormittal to answer or move

602170.1

in response to the Complaint in this action is hereby extended through and including May 16, 2008.

Dated: New York, New York
       April 14, 2008

| MIRABELLA & POWERS, LLC | FRIEDMAN KAPLAN SEILER & ADELMAN LLP |
|---|---|
| By: _____ <br> David P. Mirabella (DM2485) <br> 400 Garden City Plaza, Suite 405 <br> Garden City, New York 11503 <br> (516) 280-7700 <br><br> *Attorneys for Plaintiff Elwyn MacKinnon* | By: _____ <br> Eric Seiler (ES5437) <br> Hallie B. Levin (HL1628) <br> John N. Orsini (JO6329) <br> 1633 Broadway <br> New York, New York 10019 <br> (212) 833-1100 <br><br> *Attorneys for Defendants Galvex Trade Ltd, Galvex Services OÜ, Galvex Estonia OÜ, Galvex Intertrade OÜ, Alvarez & Marsal Europe LLP, Alvarez & Marsal Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP, SPCP Group LLC and Arcelormittal* |

SO ORDERED:

_____
United States District Judge

4/17/08

602170.1

2