AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

DISTRICT OF _____

Elwyn MacKinnon

**SUMMONS IN A CIVIL CASE**

v.

Galvex Holdings LTD, Galvex Trade LTD,
Galvex Services OU, Galvex Estonia OU,
Galvex Intertrade OU, Galvex Capital L.L.C.,
Alvarez & Marsal Europe LTD, Alvarez &
Marsal LLP, Silver Point Capital, L.P.,
Silver Point Europe, LLP, SPCP Group LLP
and ArcelorMittal

CASE NUMBER

## 08 CV 2065

TO: (Name and address of defendant)

Galvex Holdings, LTD
Chancery Hall
52 Reid Street
Hamilton, Bermuda HM 12

(Please see attachment)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mirabella & Powers, LLC
400 Garden City Plaza, Suite 405
Garden City, New York 11530

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

FEB 2 9 2008

DATE

(BY) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | DATE 3-25-08 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* Arthur B. Cyr, CSm. | TITLE St. Marshal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: C/O National Corporate Research Ltd 330 Roberts St. Suite 103, East Hartford, CT w/ Amy Birmingham

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify)*: _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3-25-08___
Date

Signature of Server

225 N Main St. Suite 204
Bristol CT 06010
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

### DISTRICT OF _____

Elwyn MacKinnon

**SUMMONS IN A CIVIL CASE**

v.

Galvex Holdings LTD, Galvex Trade LTD,
Galvex Services OU, Galvex Estonia OU,
Galvex Intertrade OU, Galvex Capital L.L.C.,
Alvarez & Marsal Europe LTD, Alvarez &
Marsal LLP, Silver Point Capital, L.P.,
Silver Point Europe, LLP, SPCP Group LLP
and ArcelorMittal

CASE NUMBER:

## 08 CV 2065

TO: (Name and address of defendant)

Galvex Holdings, LTD
Chancery Hall
52 Reid Street
Hamilton, Bermuda HM 12

(Please see attachment)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mirabella & Powers, LLC
400 Garden City Plaza, Suite 405
Garden City, New York 11530

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

_____
CLERK

FEB 2 9 2008
_____
DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE 3-25-08 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Arthur B. Cyr, CSm. | TITLE St. Marshal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: C/O National Corporate Research LTD
330 Roberts St. Suite 103, East Hartford, CT w/ Amy Birmingham

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3-25-08___
Date

Signature of Server
225 N Main St. Suite 204
Bristol CT 06010
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.