# United States District Court

_____ DISTRICT OF _____

Elwyn MacKinnon

v.

Galvex Holdings LTD, Galvex Trade LTD,
Galvex Services OU, Galvex Estonia OU,
Galvex Intertrade OU, Galvex Capital L.L.C.,
Alvarez & Marsal Europe LTD, Alvarez &
Marsal LLP, Silver Point Capital, L.P.,
Silver Point Europe, LLP, SPCP Group LLP
and ArcelorMittal

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08 CV 2065**

RECEIVED APR 03 2008 U.S.D.C. S.D. CASHIERS

TO: (Name and address of defendant)

Galvex Holdings, LTD
Chancery Hall
52 Reid Street
Hamilton, Bermuda HM 12

(Please see attachment)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mirabella & Powers, LLC
400 Garden City Plaza, Suite 405
Garden City, New York 11530

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DATE  FEB 29 2008

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | March, 21, 2008 |
| NAME OF SERVER (PRINT)  Maria Schmitz | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

[xx] Served personally upon the defendant. Place where served: NYS Dept. of State at 99 Washington Ave., Albany, New York

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL  State Fee  40.00 | SERVICES  25.00 | TOTAL  65.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 25, 2008
            Date

Signature of Server

90 State Street
Albany, N.Y. 12207
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT

---

ELWYN MACKINNON  
INDEX# 08 CV 2065  
Plaintiff,

--- AGAINST ---

GALVEX HOLDINGS LTD., ET. AL.

Defendants.

---

STATE OF NEW YORK )  
                 )SS.  
COUNTY OF ALBANY )

RECEIVED APR 03 2008 U.S.D.C. S.D.N.Y. CASHIERS

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 21st day of March, 2008, she served the Summons in a Civil Case, Complaint and Individual Judges Rules on GALVEX CAPITAL L.L.C., a limited liability company, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

MARIA SCHMITZ

Sworn before me this  
21st day of March, 2008

LAWRENCE A. KIRSCH  
4787475  
Notary Public - State of New York  
Residing in Albany County  
Commission Expires May 31, 2011

# United States District Court

_____ DISTRICT OF _____

Elwyn MacKinnon

**SUMMONS IN A CIVIL CASE**

V.

Galvex Holdings LTD, Galvex Trade LTD,
Galvex Services OU, Galvex Estonia OU,
Galvex Intertrade OU, Galvex Capital L.L.C.,
Alvarez & Marsal Europe LTD, Alvarez &
Marsal LLP, Silver Point Capital, L.P.,
Silver Point Europe, LLP, SPCP Group LLP
and ArcelorMittal

CASE NUMBER: **08 CV 2065**

RECEIVED APR 03 2008 U.S.D.C. S.D. CASHIERS

TO: (Name and address of defendant)

Galvex Holdings, LTD
Chancery Hall
52 Reid Street
Hamilton, Bermuda HM 12

(Please see attachment)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mirabella & Powers, LLC
400 Garden City Plaza, Suite 405
Garden City, New York 11530

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE  FEB 29 2008

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | March, 21, 2008 |
| NAME OF SERVER (PRINT)   Maria Schmitz | TITLE   Legal Assistant |

*Check one box below to indicate appropriate method of service*

[xx] Served personally upon the defendant. Place where served: NYS Dept. of State at 99 Washington Ave., Albany, New York

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL  XXXX  State Fee  40.00 | SERVICES  25.00 | TOTAL  65.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 25, 2008
               Date

Signature of Server

90 State Street
Albany, N.Y. 12207
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT

ELWYN MACKINNON       INDEX# 08 CV 2065

Plaintiff,

--- AGAINST ---

GALVEX HOLDINGS LTD., ET. AL.

Defendants.

STATE OF NEW YORK )
                  )SS.
COUNTY OF ALBANY  )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 21st day of March, 2008, she served the Summons in a Civil Case, Complaint and IndividualJudges Rules on GALVEX CAPITAL L.L.C., a limited liability company, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

MARIA SCHMITZ

Sworn before me this
21st day of March, 2008

LAWRENCE A. KIRSCH
4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011

[RECEIVED APR 03 2008 U.S.D.C. S.D.N.Y. CASHIERS]