UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ELWYN MACKINNON,

                      Plaintiff,

            - against -

GALVEX HOLDINGS LTD., GALVEX TRADE LTD,
GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ,
GALVEX INTERTRADE OÜ, GALVEX CAPITAL
L.L.C., ALVAREZ & MARSAL EUROPE LLP,
ALVAREZ & MARSAL EUROPE LTD., SILVER
POINT CAPITAL, L.P., SILVER POINT EUROPE
LLP, SPCP GROUP, LLP, and ARCELORMITTAL,

                      Defendants.
------------------------------------------------------------------x

No. 08 Civ. 2065

ECF Case

**NOTICE OF MOTION TO
DISMISS THE COMPLAINT**

      PLEASE TAKE NOTICE THAT, upon the accompanying declarations of Shepard C. Spink, Antoine Van Schooten, Hendrikus J. Scheffer and Gay Bronson, and the exhibit thereto, the accompanying memorandum of law, and all prior pleading and proceedings in this action, defendants Galvex Trade Ltd, Galvex Services OÜ, Galvex Estonia OÜ, Galvex Intertrade OÜ, Alvarez & Marsal Europe LLP, Alvarez & Marsal Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP, SPCP Group, LLC and ArcelorMittal, S.A., by and through their undersigned counsel, will move this Court before the Honorable John G. Koeltl, at the United States Court House, 500 Pearl Street, New York, New York 10007, for an order pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6) dismissing the

611493.1

Complaint.

Dated: New York, New York
May 16, 2008

          FRIEDMAN KAPLAN SEILER &
          ADELMAN LLP

By: /s/ *[signature]*
Eric Seiler (ES5437)
Hallie B. Levin (HL1628)
John N. Orsini (JO6329)
1633 Broadway
New York, NY 10019
(212) 833-1100

*Attorneys for Defendants Galvex Trade Ltd, Galvex Services OÜ, Galvex Estonia OÜ, Galvex Intertrade OÜ, Alvarez & Marsal Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP, SPCP Group, LLC and ArcelorMittal S.A.*

TO: David P. Mirabella
MIRABELLA & POWERS, LLC
1600 Stewart Avenue, Suite 210
Westbury, New York 11590

*Attorneys for Plaintiff*

611493.1      2