UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ELWYN MACKINNON,

                     Plaintiff,                      No. 08 Civ. 2065

      - against -                        ECF Case

GALVEX HOLDINGS LTD., GALVEX TRADE LTD.,
GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ,
GALVEX INTERTRADE OÜ, GALVEX CAPITAL
L.L.C., ALVAREZ & MARSAL EUROPE LLP,
ALVAREZ & MARSAL EUROPE LTD., SILVER
POINT CAPITAL, L.P., SILVER POINT EUROPE
LLP, SPCP GROUP, LLP, and ARCELORMITTAL,

                     Defendants.

-------------------------------------------------------------x

### DECLARATION OF ANTOINE VAN SCHOOTEN IN SUPPORT OF GALVEX ESTONIA OÜ'S MOTION TO DISMISS

Antoine Van Schooten, pursuant to 28 U.S.C. § 1746, states:

1. I am the Chairman of the Management Board of Galvex Estonia OÜ ("Galvex Estonia").

2. Galvex Estonia is a corporation organized under the laws of Estonia, with its principal place of business in Estonia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 3, 2008.

                                                                      Antoine Van Schooten