

David P. Mirabella
Erik C. Powers

**MIRABELLA & POWERS, LLC**
ATTORNEYS AT LAW

400 Garden City Plaza, Suite 405
Garden City, New York 11530
Email: mirabellapowers@yahoo.com
Internet: mirabellaandpowers.com
Office: (516) 280-7700
Fax: (516) 280-7701

Legal Assistants
Karen Katigbak
Jessica Salazar



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

June 2, 2008

**Via Facsimile (212) 805-7912**
Judge G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RECEIVED
JUN 2 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

Attn: Don Fletcher

> Re:    **Elwyn MacKinnon v. Galvex Holdings LTD., et al.**
>       **Case No.:    08 CV 2065**

Dear Honorable Sir:

A request is hereby made for a stay of the return dates of defendants' motion to dismiss. If the parties are unable to settle the above referenced action, a request will be made to restore this matter to the motion calendar.

Thank you for your courtesies extended herein.

Respectfully yours,

DAVID P. MIRABELLA

cc:    Hallie B. Levin, Esq.
      Friedman, Kaplan, Seiler & Adelman, LLP
      Via Facsimile (212) 373-7928

*The motion is stayed. The parties should report to the Court on the status by June 27, 2008.*

*So ordered.*

*6/2/08    U.S.D.J.*