**Exhibit C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
::
ELWYN MACKINNON,
::
                              Plaintiff,    :    No. 08 Civ. 2065
::
           - against -    :    ECF Case
::
GALVEX HOLDINGS LTD., GALVEX TRADE LTD,  :  **NOTICE OF DISMISSAL**
GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ,  :  **WITH PREJUDICE**
GALVEX INTERTRADE OÜ, GALVEX CAPITAL    :
L.L.C., ALVAREZ & MARSAL EUROPE LLP,        :
ALVAREZ & MARSAL EUROPE LTD., SILVER     :
POINT CAPITAL, L.P., SILVER POINT EUROPE  :
LLP, SPCP GROUP, LLP, and ARCELORMITTAL,  :
::
                             Defendants.  :
::
------------------------------------------------------------------x

       NOTICE IS HEREBY GIVEN, in accordance with F.R.C.P. 41(a)(1)(A)(i), that plaintiff's claims in this action are hereby dismissed in their entirety against all defendants, with prejudice, and without costs to any party.

Dated: New York, New York        MIRABELLA & POWERS, LLC
       June 10, 2008

                                            By: _____
                                                David P. Mirabella (DM2485)
                                                400 Garden City Plaza, Suite 405
                                                Garden City, New York 11530
                                                (516) 280-7700

                                                *Attorneys for Plaintiff Elwyn MacKinnon*

**Exhibit C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
 :
ELWYN MACKINNON, :
 :
                              Plaintiff, :      No. 08 Civ. 2065
 :
           - against - :      ECF Case
 :
GALVEX HOLDINGS LTD., GALVEX TRADE LTD, :    **NOTICE OF DISMISSAL**
GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ, :    **WITH PREJUDICE**
GALVEX INTERTRADE OÜ, GALVEX CAPITAL :
L.L.C., ALVAREZ & MARSAL EUROPE LLP, :
ALVAREZ & MARSAL EUROPE LTD., SILVER :
POINT CAPITAL, L.P., SILVER POINT EUROPE :
LLP, SPCP GROUP, LLP, and ARCELORMITTAL, :
 :
                            Defendants. :
 :
------------------------------------------------------------x

      NOTICE IS HEREBY GIVEN, in accordance with F.R.C.P. 41(a)(1)(A)(i), that plaintiff's claims in this action are hereby dismissed in their entirety against all defendants, with prejudice, and without costs to any party.

Dated: New York, New York         MIRABELLA & POWERS, LLC
       June 10, 2008

                                             By: _____
                                               David P. Mirabella (DM2485)
                                               400 Garden City Plaza, Suite 405
                                               Garden City, New York 11530
                                               (516) 280-7700

                                               *Attorneys for Plaintiff Elwyn MacKinnon*